# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00644-CV

**Kevin Bierwirth, Appellant**

**v.**

**BAC Home Loans Servicing, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-10-003239, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on March 6, 2014, is hereby withdrawn.

It is ordered on April 24, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose